UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CRIMINAL NO. 05-80955

v.                                HONORABLE AVERN COHN

D-20, CALVIN SPARKS,

    Defendant.
_____/

### ORDER REVOKING BOND

On November 03, 2006 the Court held a bond review hearing in this matter, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: November 03, 2006        s/ Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE